```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: AYLO E. FORD               )
                                  )
Washington Mutual Bank,           )
        Creditor,                 )
                                  )
   vs.                            ) CASE NO. 04B75075
                                  ) JUDGE Manuel Barbosa
AYLO E. FORD,                     )
        Debtor                    )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Washington Mutual Bank, by and through its attorneys, Pierce & Associates, P.C., and in response to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is contractually due for the August 2006 payment and all those thereafter.

2. On November 18, 2005, this Court entered an Order allowing $800.00 in attorney fees and costs to be paid through the Plan. See attached as Exhibit A for a copy of the Order.

3. The Trustee has not paid these fees and they remain outstanding.

4. In addition to the $800.00 not paid by the Trustee, the following is an itemization of the fees and costs due on the loan as of September 26, 2006:

   a. Attorney fees and costs for this response              $250.00
   b. August 2006 and September 2006 payments @ 400.00       $800.66
   c. Accrued late charges                                   $122.81
   d. Additional fees                                      $1,005.47
   e. Less suspense                                         -$363.08

```
                        Respectfully Submitted,
                        Washington Mutual Bank



                        /s/A. Stewart Chapman
                        A. Stewart Chapman
                        ARDC#6255733
                        Pierce and Associates, P.C.
                        1 North Dearborn
                        13t^h Floor
                        Chicago, Illinois 60602
                        (312)346-9088
```