UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                )        CHAPTER 13
                                      )
AYLO E. FORD                          )        CASE NO. 04-75075
                                      )
                                      )
                Debtor(s).            )

**WITHDRAWAL OF NOTICE OF CURE OF
ALL PRE-PETITION MORTGAGE OBLIGATIONS**

NOW COMES Lydia S. Meyer, the standing Chapter 13 Trustee for the

United States Bankruptcy Court for the Northern District of Illinois, Western Division, and

as and for her notice states as follows:

1.      That on August 4, 2006 a Notice of Cure of All Pre-Petition

Mortgage Obligations was filed by the Trustee with respect to the claim of

Washington Mutual Bank;

2.      That a response to said Notice was filed by Pierce and Associates,

P.C., attorneys for Washington Mutual Bank on or about October 3, 2006;

3.      That pursuant to said Notice an additional $800.00 was to be paid by

the Trustee on the claim of Washington Mutual Bank as stated in the Order entered on

November 29, 2005.

4.      That the additional $800.00 has not yet been paid by the Trustee to

Washington Mutual Bank;

5.      That the Notice of Cure was issued in error.

WHEREFORE, the Trustee hereby withdraws the Notice of Cure filed on

August 4, 2006.

Dated: _____          /s/Lydia S. Meyer_____
                                    LYDIA S. MEYER, Trustee

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL  61105-4127
Telephone:  815/968-5354
Fax:  815/968-5368