**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  AYLO E. FORD                                      Case Number: 04-75075
        1604 LOOMIS STREET               SSN-xxx-xx-8293
        ROCKFORD, IL  61102

                                                          Case filed on:     10/12/2004
                                                          Plan Confirmed on: 12/17/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,613.56        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | AYLO E. FORD | 0.00 | 0.00 | 113.56 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 113.56 | 0.00 |
| 001 | WELLS FARGO BANK N.A. | 1,599.96 | 1,650.00 | 1,650.00 | 0.00 |
|  | Total Secured | 1,599.96 | 1,650.00 | 1,650.00 | 0.00 |
| 002 | AARGON COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 837.19 | 837.19 | 560.42 | 0.00 |
| 006 | JEFFERSON CAPITAL SYSTEMS, LLC | 946.79 | 946.79 | 633.78 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,783.98 | 1,783.98 | 1,194.20 | 0.00 |
|  | Grand Total: | 4,747.94 | 4,797.98 | 4,321.76 | 0.00 |

Total Paid Claimant:      $4,321.76
Trustee Allowance:        $291.80           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   66.94             discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008         By  /s/Heather M. Fagan